In the Matter of FIRE ASSOCIATION OF PHILADELPHIA, Respondent. MORDECAI P. SPRINGER, Appellant.

Supreme Court, Appellate Term, First Department, June 3, 1943.

*Mordecai P. Springer,* appellant, in person.

*Samuel Pivar* for respondent.

*Per Curiam.* The order appealed from was superseded by the order of December 2, 1942, granting reargument. (*Ryan* v. *Gedney, Inc.,* 263 App. Div. 843; *Wygod* v. *Makewell Hats, Inc.,* 265 App. Div. 286.) Accordingly the former order was not appealable.

Appeal dismissed, with ten dollars costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.